```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 05034
   COSTYN M HARRINGTON
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9498

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/10/2004 and was confirmed 04/01/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 04/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
CHASE AUTOMOTIVE FINANCE   SECURED          3900.00         353.13        3900.00
CHASE AUTOMOTIVE FINANCE   UNSECURED        6299.80            .00         629.83
AMERICAN FAMILY INSURANC   UNSECURED        6397.82            .00         639.63
DISCOVER FINANCIAL SERVI   UNSECURED        5198.58            .00         519.74
RESURGENT ACQUISITION LL   UNSECURED        3376.12            .00         337.53
RESURGENT ACQUISITION LL   NOTICE ONLY    NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     1,995.20                       1,995.20
TOM VAUGHN                 TRUSTEE                                          505.00
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              8,880.06

PRIORITY                                          .00
SECURED                                      3,900.00
     INTEREST                                  353.13
UNSECURED                                    2,126.73
ADMINISTRATIVE                               1,995.20
TRUSTEE COMPENSATION                           505.00
DEBTOR REFUND                                     .00
                   ---------------       ---------------
TOTALS               8,880.06                8,880.06
```

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 05034 COSTYN M HARRINGTON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 07/29/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |